DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NATIE GROSSNASS,**
Appellant,

v.

**GFOLIO REAL ESTATE, INC.,**
Appellee.

No. 4D21-2866

[June 9, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John Hurley, Judge; L.T. Case No. CONO21018625.

Natie Grossnass, Boca Raton, pro se.

Louis C. Arslanian, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***